United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 26, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10615
Summary Calendar
_____

DALE DEVON SCHEANETTE,

Plaintiff-Appellant,

versus

MIKE THOMAS, Judge, Criminal District Court #4, Tarrant County,
in his official and individual capacity; DEE ANDERSON, Sheriff,
Tarrant County, in his individual and official capacity; TARRANT
COUNTY DISTRICT ATTORNEY, Unknown, in official and individual
capacity; UNKNOWN JUDGES, Tarrant County, in their individual and
official capacities; TARRANT COUNTY BUDGET RISK MANAGEMENT;
TARRANT COUNTY COMMISSIONERS; TIM CURRY, Tarrant County District
Attorney, in his individual and official capacity; DEPUTY
DISTRICT ATTORNEY, Tarrant County,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:05-CV-208
--------------------

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the

reasons given by that court in its order entered April 28, 2005.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.